IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMIAH WADE BETHEL**                                                                                 **PLAINTIFF**
**ADC #136904**

V.                                        CASE NO.  4:23-cv-00780 JM

**ZOLL an Asahi Kasei Company,**
**Life Vest Provider**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE